UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PHILIP BOURGE                                CIVIL ACTION

VERSUS                                       NO: 07-8813

HOWARD PRINCE, ET AL.                        SECTION: R(3)

### ORDER

    The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations,[1] hereby approves the Report and adopts it as its opinion.

    Furthermore, Rule 11 of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue." Rules Governing Section 2254

---

[1] (R. Doc. 16.)

Proceedings, Rule 11(a).  A court may issue a certificate of appealability only if the petitioner makes "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2); Rules Governing Section 2254 Proceedings, Rule 11(a) (noting that § 2253(c)(2) supplies the controlling standard).  In *Miller-El v. Cockrell*, 537 U.S. 322 (2003), the Supreme Court held that the "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] 'adequate to deserve encouragement to proceed further.'" *Id.* at 336.

Bourge's motion does not satisfy these standards.  A petitioner must bring his section 2254 petition within one year of the date his conviction became final.  28 U.S.C. § 2244(d).  Bourge allowed substantially more than one year to lapse after his conviction became final and his state post-conviction proceedings had been resolved before filing his federal petition for habeas corpus relief.  Thus, his federal habeas corpus petition is time-barred, and the issue would not engender debate among reasonable jurists.

Accordingly,

Philip Bourge's petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE. The Court will not issue a certificate of appealability.

New Orleans, Louisiana, this 25th day of February, 2011.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE